**Fill in this information to identify the case:**

Debtor 1: Julie Elaine Clark

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 18-01745-JMC-13

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 4 0

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2020

**New total payment:** Principal, interest, and escrow, if any: $ 530.33

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   
   Current escrow payment: $ 85.31         New escrow payment: $ 221.58

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   
   Current interest rate: _____%         New interest rate: _____%
   
   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   
   Reason for change: _____
   
   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 1

Debtor 1    Julie Elaine Clark      Case number *(if known)* 18-01745-JMC-13
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Fredric Lawrence      Date 10/30/2020
Signature

Print: **Fredric Lawrence**      Title **Attorney for Creditor**
First Name   Middle Name   Last Name

Company: Nelson & Frankenberger, LLC

Address: 550 Congressional Blvd, Suite 210
Number   Street

Carmel      IN      46032
City   State   ZIP Code

Contact phone: (317) 844-0106      Email: rick@nf-law.com

**Community Loan Servicing**
P.O. Box 331409
Miami FL 33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**
| | |
|---|---|
| HAZARD INS | $349.68 |
| COUNTY TAX | $2,213.55 |
| Total | $2,563.23 |
| | $2,563.23 / 12 months = |
| Escrow Payment Calculation | $213.60 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
ACCOUNT NUMBER:
ESCROW ANALYSIS DATE: 10/01/2020

Julie E Clark
C/O Richard John Shea
Sawin, Shea & Des Jardines LLC
#
6100 N. Keystone Suite 620
Indianapolis, IN 46220

682

**NEW PAYMENT IS AS FOLLOWS:**
| | |
|---|---|
| Principal and Interest | $308.75 |
| Required Escrow Payment | $213.60 |
| Shortage/Surplus Spread | $7.98 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$530.33** |
| **New Payment Effective Date:** | **12/01/2020** |
| Current Payment Due Date: | 03/01/2019 |

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 12/2020 through 11/2021 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $7,106.78-[1] | $833.14[2] |
| DEC 20 | $213.60 | | | $29.14 | | | | $6,922.32- | $1,017.60 |
| JAN 21 | $213.60 | | | $29.14 | | | | $6,737.86- | $1,202.06 |
| FEB 21 | $213.60 | | | $29.14 | | | | $6,553.40- | $1,386.52 |
| MAR 21 | $213.60 | | | $29.14 | | | | $6,368.94- | $1,570.98 |
| APR 21 | $213.60 | | | | | $1,328.24 | COUNTY TAX-1 | $7,483.58- | $456.34 |
| APR 21 | | | | $29.14 | | | | $7,512.72-* | $427.20 LP |
| MAY 21 | $213.60 | | | $29.14 | | | | $7,328.26- | $611.66 |
| JUN 21 | $213.60 | | | $29.14 | | | | $7,143.80- | $796.12 |
| JUL 21 | $213.60 | | | $29.14 | | | | $6,959.34- | $980.58 |
| AUG 21 | $213.60 | | | $29.14 | | | | $6,774.88- | $1,165.04 |
| SEP 21 | $213.60 | | | $29.14 | | | | $6,590.42- | $1,349.50 |
| OCT 21 | $213.60 | | | | | $885.31 | COUNTY TAX-2 | $7,262.13- | $677.79 |
| OCT 21 | | | | $29.14 | | | | $7,291.27- | $648.65 |
| NOV 21 | $213.60 | | | $29.14 | | | | $7,106.81- | $833.11 |
| Total | | | | $349.68 | | $2,213.55 | | | |

(1) Your current escrow balance is negative $8,474.20. To project the next year's tax and insurance payment we added $2,340.15 for payments not yet made and subtracted $972.73 for disbursement not yet made. This brings your projected starting balance to negative $7,106.78 (see breakdown on next page).

(LP) The lowest (LP) required escrow balance for the next 12 months is scheduled to be $427.20 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*) Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $7,512.72. Your bankruptcy escrow claim amount of $7,844.19 will be added to your escrow balance. The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $95.73. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2) Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $833.14 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

---

**ESCROW SHORTAGE REMITTANCE FORM**

Name: Julie E Clark
Account Number:          Escrow Shortage Amount: $95.73

Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment. If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

COMMUNITY LOAN SERVICING, LLC        Amount Enclosed: $_____
P.O. BOX 740410
Cincinnati, OH 45274-0410

Your new payment will then be: $522.35.

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:**                                                   **Name:** Julie E Clark

This is a statement of actual activity in your escrow account from 12/2019 through 11/2020. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $394.06 of which $308.75 was for principal and interest and $85.31 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $231.68 | $8,204.90- |
| DEC 19 | $85.31 | $0.00 * | $24.28 | $0.00 * | HAZARD INSUR | $292.71 | $8,204.90- |
| DEC 19 | | | | $23.92 * | HAZARD INS | $292.71 | $8,228.82- |
| JAN 20 | $85.31 | $0.00 * | $24.28 | $0.00 * | HAZARD INSUR | $353.74 | $8,228.82- |
| JAN 20 | | | | $24.72 * | HAZARD INS | $353.74 | $8,253.54- |
| FEB 20 | $85.31 | $292.60 * | $24.28 | $0.00 * | HAZARD INSUR | $414.77 | $7,960.94- |
| FEB 20 | | | | $24.72 * | HAZARD INS | $414.77 | $7,985.66- |
| MAR 20 | $85.31 | $438.90 * | $24.28 | $0.00 * | HAZARD INSUR | $475.80 | $7,546.76- |
| MAR 20 | | | | $22.32 * | HAZARD INS | $475.80 | $7,569.08- |
| APR 20 | $85.31 | $65.31 * | $366.09 | $1,328.24 * | COUNTY TAX-1 | $195.02 | $8,832.01- |
| APR 20 | | | $24.28 | $0.00 * | HAZARD INSUR | $170.74 | $8,832.01- |
| APR 20 | | | | $24.72 * | HAZARD INS | $170.74 | $8,856.73- L |
| MAY 20 | $85.31 | $146.30 * | $24.28 | $0.00 * | HAZARD INSUR | $231.77 | $8,710.43- |
| MAY 20 | | | | $23.92 * | HAZARD INS | $231.77 | $8,734.35- |
| JUN 20 | $85.31 | $0.00 * | $24.28 | $0.00 * | HAZARD INSUR | $292.80 | $8,734.35- |
| JUL 20 | $85.31 | $377.88 * | $24.28 | $0.00 * | HAZARD INSUR | $353.83 | $8,356.47- |
| JUL 20 | | | | $58.39 * | HAZARD INS | $353.83 | $8,414.86- |
| AUG 20 | $85.31 | $0.00 * | $24.28 | $0.00 * | HAZARD INSUR | $414.86 | $8,414.86- |
| AUG 20 | | | | $29.67 * | HAZARD INS | $414.86 | $8,444.53- |
| SEP 20 | $85.31 | $0.00 * | $24.28 | $0.00 * | HAZARD INSUR | $475.89 | $8,444.53- |
| SEP 20 | | | | $29.67 * | HAZARD INS | $475.89 | $8,474.20- |
| OCT 20 | $85.31 | $2,254.84 *E | $366.30 | $885.31 *E | COUNTY TAX-2 | $194.90 | $7,104.67- |
| OCT 20 | | | $24.28 | $29.14 *E | HAZARD INSUR | $170.62 | $7,133.81- |
| OCT 20 | | | | $29.14 *E | HAZARD INSUR | $170.62 | $7,162.95- |
| NOV 20 | $85.31 | $85.31  E | $24.28 | $29.14 *E | HAZARD INSUR | $231.65 | $7,106.78- |
| Total | $1,023.72 | $3,661.14 | $1,023.75 | $2,563.02 | | | |

                                                 * = indicates a difference from a previous estimate either in the date or the amount
                                                            'E' = projected disbursement or payment
                                                                          'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
| | |
|---|---|
| **Current Escrow Balance** | $8,474.20- |
| **Payments Not Yet Made** | $2,340.15 |
| **Disbursements Not Yet Made** | $972.73 |
| **Projected Escrow Balance** | $7,106.78- |

At the time of your escrow account review, your expected lowest balance was $170.62 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $8,856.73, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged.  If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.communityloanservicing.com

The following mailing address must be used for all Error Notices & Information Requests: Community Loan Servicing, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Julie Elaine Clark | ) |
| | )   CASE NO. 18-01745-JMC-13 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has, on the  30th  day of  October , 2020, electronically filed the foregoing. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Ann M. DeLaney    ECFdelaney@trustee13.com, ecfdelaney@gmail.com
- Steven Henry Patterson    inbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com
- Richard John Shea    ecf@sawinlaw.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov


      /s/ Fredric Lawrence
      Fredric Lawrence